# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154034(43)

KAREN L. STRENG,
        Plaintiff-Appellee,

v

BOARD OF MACKINAC COUNTY ROAD
COMMISSIONERS,
        Defendant-Appellant.

SC: 154034
COA: 323226
Mackinac CC: 2013-007445-NI

_____/

     On order of the Court, the motion for reconsideration of this Court's December 21, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2017



Clerk

d0517